**Richard M. Weaver & Associates**
5601 Airport Freeway
Fort Worth, TX 76117


Bar Number:   21010820
Phone:   (817) 222-1108

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | | |
|---|---|---|---|
| In re: **Joshua K. Craddock** | xxx-xx-8763 | § | Case No: |
| 11112 Dunlavin Court | | § | |
| Haslet, TX 76052 | | § | Date:   **3/4/2019** |
| | | § | Chapter 13 |
| | | § | |
| **Crystal R. Craddock** | xxx-xx-6272 | | |
| 11112 Dunlavin Court | | | |
| Haslet, TX 76052 | | | |

Debtor(s)


## DEBTOR'S(S') CHAPTER 13 PLAN
### (CONTAINING A MOTION FOR VALUATION)

#### DISCLOSURES

☑ This *Plan* does not contain any *Nonstandard Provisions*.

☐ This *Plan* contains *Nonstandard Provisions* listed in Section III.

☐ This *Plan* does not limit the amount of a secured claim based on a valuation of the *Collateral* for the claim.

☑ This *Plan* does limit the amount of a secured claim based on a valuation of the *Collateral* for the claim.

This *Plan* does not avoid a security interest or lien.

Language in italicized type in this *Plan* shall be as defined in the "General Order 2017-01, Standing Order Concerning Chapter 13 Cases" and as it may be superseded or amended ("General Order").  All provisions of the General Order shall apply to this *Plan* as if fully set out herein.


Page 1

| | | | |
|---|---|---|---|
| Plan Payment:   **$2,725.00** | Value of Non-exempt property per § 1325(a)(4):   **$0.00** |
| Plan Term:   **60 months** | Monthly Disposable Income per § 1325(b)(2):   **$0.00** |
| Plan Base:   **$163,500.00** | Monthly Disposable Income x ACP ("UCP"):   **$0.00** |
| Applicable Commitment Period: **60 months** | |

Case No:
Debtor(s): **Joshua K. Craddock**
             **Crystal R. Craddock**

---

**MOTION FOR VALUATION**

Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims who do not accept the *Plan, Debtor(s)* hereby move(s) the Court to value the *Collateral* described in Section I, Part E.(1) and Part F of the *Plan* at the lesser of the value set forth therein or any value claimed on the proof of claim. Any objection to valuation shall be filed at least seven (7) days prior to the date of the *Trustee's* pre-hearing conference regarding Confirmation or shall be deemed waived.

**SECTION I**
**DEBTOR'S(S') CHAPTER 13 PLAN - SPECIFIC PROVISIONS**
**FORM REVISED 7/1/17**

A. **PLAN PAYMENTS:**

   *Debtor(s)* propose(s) to pay to the *Trustee* the sum of:

   **$2,725.00**  per month, months  **1**  to  **60** .

   For a total of  **$163,500.00**  (estimated "*Base Amount*").

   First payment is due  **4/2/2019** .

   The applicable commitment period ("ACP") is  **60**  months.

   Monthly Disposable Income ("DI") calculated by *Debtor(s)* per § 1325(b)(2) is:  **$0.00** .

   The Unsecured Creditors' Pool ("UCP"), which is DI x ACP, as estimated by the Debtor(s), shall be no less than:
   **$0.00** .

   *Debtor's(s')* equity in non-exempt property, as estimated by *Debtor(s)* per § 1325(a)(4), shall be no less than:
   **$0.00** .

B. **STATUTORY, ADMINISTRATIVE AND DSO CLAIMS:**

   1. **CLERK'S FILING FEE:**  Total filing fees paid through the *Plan*, if any, are  **$0.00**  and shall be paid in full prior to disbursements to any other creditor.

   2. **STATUTORY TRUSTEE'S PERCENTAGE FEE(S) AND NOTICING FEES:**  *Trustee's Percentage Fee(s)* and any noticing fees shall be paid first out of each receipt as provided in General Order 2017-01 (as it may be superseded or amended) and 28 U.S.C. § 586(e)(1) and (2).

   3. **DOMESTIC SUPPORT OBLIGATIONS:**  The *Debtor* is responsible for paying any Post-petition Domestic Support Obligation directly to the DSO claimant.  Pre-petition Domestic Support Obligations per Schedule "E/F" shall be paid in the following monthly payments:

| DSO CLAIMANTS | SCHED. AMOUNT | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT $__ PER MO. |
|---|---|---|---|---|
| | | | | |

C. **ATTORNEY FEES:** To  **Richard M. Weaver & Associates** , total:  **$3,700.00** ;
   **$1,938.00**  Pre-petition;  **$1,762.00**  disbursed by the *Trustee*.

Case No:
Debtor(s): **Joshua K. Craddock**
**Crystal R. Craddock**

**D.(1) PRE-PETITION MORTGAGE ARREARAGE:**

| MORTGAGEE | SCHED. ARR. AMT. | DATE ARR. THROUGH | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|---|
| **Wells Fargo Home Mortgage Homestead** | **$31,389.00** | **11/1/17-3/1/19** | **0.00%** | **Month(s) 1-59** | **Pro-Rata** |

**D.(2) CURRENT POST-PETITION MORTGAGE PAYMENTS DISBURSED BY THE TRUSTEE IN A CONDUIT CASE:**

| MORTGAGEE | # OF PAYMENTS PAID BY TRUSTEE | CURRENT POST-PETITION MORTGAGE PAYMENT AMOUNT | FIRST CONDUIT PAYMENT DUE DATE (MM-DD-YY) |
|---|---|---|---|
| **Wells Fargo Home Mortgage Homestead** | **59 month(s)** | **$1,819.09** | **6/1/2019** |

**D.(3) POST-PETITION MORTGAGE ARREARAGE:**

| MORTGAGEE | TOTAL AMT. | DUE DATE(S) (MM-DD-YY) | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|---|---|
| **Wells Fargo Home Mortgage Homestead** | **$3,638.18** | **4/1/19-5/1/19** | **0.00%** | **Month(s) 1-59** | **Pro-Rata** |

**E.(1) SECURED CREDITORS - PAID BY THE TRUSTEE:**

A.

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT Per Mo. |
|---|---|---|---|---|---|

B.

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | % | | TREATMENT Pro-rata |
|---|---|---|---|---|---|
| **Conn's HomePlus Household Goods** | **$2,142.00** | **$800.00** | **0.00%** | | **Pro-Rata** |

To the extent the value amount in E.(1) is less than the scheduled amount in E.(1), the creditor may object. In the event a creditor objects to the treatment proposed in paragraph E.(1), the *Debtor(s)* retain(s) the right to surrender the *Collateral* to the creditor in satisfaction of the creditor's claim.

**E.(2) SECURED 1325(a)(9) CLAIMS PAID BY THE TRUSTEE - NO CRAM DOWN:**

A.

| CREDITOR / COLLATERAL | SCHED. AMT. | % | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT Per Mo. |
|---|---|---|---|---|

B.

| CREDITOR / COLLATERAL | SCHED. AMT. | % | | TREATMENT Pro-rata |
|---|---|---|---|---|
| **Dorado Ranch HOA HOA** | **$981.00** | **0.00%** | | **Pro-Rata** |

Case No:
Debtor(s): **Joshua K. Craddock**
**Crystal R. Craddock**

The valuation of *Collateral* set out in E.(1) and the interest rate to be paid on the above scheduled claims in E.(1) and E.(2) will be finally determined at confirmation. The allowed claim amount will be determined based on a timely filed proof of claim and the *Trustee's Recommendation Concerning Claims* ("TRCC") or by an order on an objection to claim.

Absent any objection to the treatment described in E.(1) or E.(2), the creditor(s) listed in E.(1) and E.(2) shall be deemed to have accepted the *Plan* per section 1325(a)(5)(A) of the Bankruptcy Code and to have waived its or their rights under section 1325(a)(5)(B) and (C) of the Bankruptcy Code.

### F. SECURED CREDITORS - COLLATERAL TO BE SURRENDERED:

| CREDITOR / COLLATERAL | SCHED. AMT. | VALUE | TREATMENT |
|---|---|---|---|
|  |  |  |  |

Upon confirmation, pursuant to 11 U.S.C. § 1322(b)(8), the surrender of the *Collateral* described herein will provide for the payment of all or part of a claim against the *Debtor(s)* in the amount of the value given herein.

The valuation of *Collateral* in F will be finally determined at confirmation. The allowed claim amount will be determined based on a timely filed proof of claim and the *Trustee's Recommendation Concerning Claims* ("TRCC") or by an order on an objection to claim.

The *Debtor(s)* request(s) that the automatic stay be terminated as to the surrendered *Collateral*. If there is no objection to the surrender, the automatic stay shall terminate and the *Trustee* shall cease disbursements on any secured claim which is secured by the *Surrendered Collateral*, without further order of the Court, on the 7th day after the date the *Plan* is filed. However, the stay shall not be terminated if the *Trustee* or affected secured lender files an objection in compliance with paragraph 8 of the General Order until such objection is resolved.

Nothing in this *Plan* shall be deemed to abrogate any applicable non-bankruptcy statutory or contractual rights of the *Debtor(s)*.

### G. SECURED CREDITORS - PAID DIRECT BY DEBTOR:

| CREDITOR | COLLATERAL | SCHED. AMT. |
|---|---|---|
| BMG Auto | 2014 Jeep Grand Cherokee (approx. 100,000 miles) | $17,326.00 |
| Capital One Auto Finance | 2013 Dodge Ram 1500 | $6,000.00 |

### H. PRIORITY CREDITORS OTHER THAN DOMESTIC SUPPORT OBLIGATIONS:

| CREDITOR | SCHED. AMT. | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|
|  |  |  |  |

### I. SPECIAL CLASS:

| CREDITOR | SCHED. AMT. | TERM (APPROXIMATE) (MONTHS __ TO __) | TREATMENT |
|---|---|---|---|
|  |  |  |  |

JUSTIFICATION: _____

_____

### J. UNSECURED CREDITORS:

| CREDITOR | SCHED. AMT. | COMMENT |
|---|---|---|
| Acceptance Now | $7,707.00 |  |
| Central Credit Services, LLC | $59.00 |  |
| Conn's HomePlus | $1,342.00 | Unsecured portion of the secured debt (Bifurcated) |
| Credit One Bank | $804.00 |  |
| ERC/Enhanced Recovery Corp | $1,400.00 |  |
| First Premier Bank | $902.00 |  |

Case No:
Debtor(s): **Joshua K. Craddock**
**Crystal R. Craddock**

| | |
|---|---|
| **First Premier Bank** | **$134.00** |
| **LVNV Funding/Resurgent Capital** | **$712.00** |
| **Midwest Recovery Systems** | **$778.00** |
| **NTTA** | **$200.00** |
| **Recmgmt Srvc** | **$233.00** |
| **RS Clark & Associates** | **$114.00** |
| **TXU/Texas Energy** | **$1,272.00** |
| **U.S. Department of Education** | **$10,642.00** |
| **U.S. Department of Education** | **$9,857.00** |
| **U.S. Department of Education** | **$5,867.00** |
| **U.S. Department of Education** | **$5,176.00** |
| **U.S. Department of Education** | **$5,073.00** |
| **U.S. Department of Education** | **$4,844.00** |
| **U.S. Department of Education** | **$4,722.00** |
| **U.S. Department of Education** | **$3,801.00** |
| **U.S. Department of Education** | **$3,585.00** |
| **U.S. Department of Education** | **$2,422.00** |
| **U.S. Department of Education** | **$2,396.00** |
| **U.S. Department of Education** | **$1,303.00** |
| TOTAL SCHEDULED UNSECURED: | **$75,345.00** |

The *Debtor's(s')* estimated (but not guaranteed) payout to unsecured creditors based on the scheduled amount is _____ **2%** _____.

General unsecured claims will not receive any payment until after the order approving the TRCC becomes final.

**K.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| § 365 PARTY | ASSUME/REJECT | CURE AMOUNT | TERM (APPROXIMATE) (MONTHS ___ TO ___) | TREATMENT |
|---|---|---|---|---|
| | | | | |

SECTION II
**DEBTOR'S(S') CHAPTER 13 PLAN - GENERAL PROVISIONS**
**FORM REVISED 7/1/17**

**A.** **SUBMISSION OF DISPOSABLE INCOME:**

*Debtor(s)* hereby submit(s) future earnings or other future income to the *Trustee* to pay the *Base Amount*.

**B.** **ADMINISTRATIVE EXPENSES, DSO CLAIMS & PAYMENT OF TRUSTEE'S STATUTORY PERCENTAGE FEE(S) AND NOTICING FEES:**

The Statutory Percentage Fees of the *Trustee* shall be paid in full pursuant to 11 U.S.C. §§ 105(a), 1326(b)(2), and 28 U.S.C. § 586(e)(1)(B). The *Trustee* is authorized to charge and collect Noticing Fees as indicated in Section I, Part "B" hereof.

**C.** **ATTORNEY FEES:**

*Debtor's(s')* Attorney Fees totaling the amount indicated in Section I, Part C, shall be disbursed by the *Trustee* in the amount shown as "Disbursed By The Trustee" pursuant to this *Plan* and the *Debtor's(s')* Authorization for Adequate Protection Disbursements ("*AAPD*"), if filed.

Case No:
Debtor(s): **Joshua K. Craddock**
**Crystal R. Craddock**

#### D.(1) PRE-PETITION MORTGAGE ARREARAGE:

The Pre-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed pre-petition arrearage amount and at the rate of interest indicated in Section I, Part D.(1). To the extent interest is provided, it will be calculated from the date of the Petition. The principal balance owing upon confirmation of the *Plan* on the allowed pre-petition *Mortgage Arrearage* amount shall be reduced by the total adequate protection less any interest (if applicable) paid to the creditor by the *Trustee*. Such creditors shall retain their liens.

#### D.(2) CURRENT POST-PETITION MORTGAGE PAYMENTS DISBURSED BY TRUSTEE IN A CONDUIT CASE:

*Current Post-Petition Mortgage Payment(s)* shall be paid by the *Trustee* as indicated in Section I, Part D.(2), or as otherwise provided in the General Order.

The *Current Post-Petition Mortgage Payment(s)* indicated in Section I, Part D.(2) reflects what the *Debtor(s)* believe(s) is/are the periodic payment amounts owed to the *Mortgage Lender* as of the date of the filing of this *Plan*. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order, paragraph 15(c)(3).

Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.

Upon completion of the *Plan, Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by their contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.

Unless otherwise ordered by the Court, and subject to Bankruptcy Rule 3002.1(f)-(h), if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.

#### D.(3) POST-PETITION MORTGAGE ARREARAGE:

The *Post-Petition Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest indicated in Section I, Part D.(3). To the extent interest is provided, it will be calculated from the date of the Petition.

*Mortgage Lenders* shall retain their liens.

#### E.(1)    SECURED CLAIMS TO BE PAID BY TRUSTEE:

The claims listed in Section I, Part E.(1) shall be paid by the *Trustee* as secured to the extent of the lesser of the allowed claim amount (per a timely filed Proof of Claim not objected to by a party in interest) or the value of the *Collateral* as stated in the *Plan*. Any amount claimed in excess of the value shall automatically be split and treated as unsecured as indicated in Section I, Part H or J, per 11 U.S.C. § 506(a). Such creditors shall retain their liens on the *Collateral* described in Section I, Part E.(1) as set out in 11 U.S.C. § 1325(a)(5)(B)(l) and shall receive interest at the rate indicated from the date of confirmation or, if the value shown is greater than the allowed claim amount, from the date of the Petition, up to the amount by which the claim is over-secured. The principal balance owing upon confirmation of the *Plan* on the allowed secured claim shall be reduced by the total of adequate protection payments less any interest (if applicable) paid to the creditor by the *Trustee*.

#### E.(2)    SECURED 1325(a)(9) CLAIMS TO BE PAID BY THE TRUSTEE--NO CRAM DOWN:

Claims in Section I, Part E.(2) are either debts incurred within 910 days of the *Petition Date* secured by a purchase money security interest in a motor vehicle acquired for the personal use of the *Debtor(s)* or debts incurred within one year of the *Petition Date* secured by any other thing of value.

The claims listed in Section I, Part E.(2) shall be paid by the *Trustee* as fully secured to the extent of the allowed amount (per a timely filed Proof of Claim not objected to by a party in interest). Such creditors shall retain their liens on the *Collateral* described in Section I, Part E.(2) until the earlier of the payment of the underlying debt determined under non-bankruptcy law or a discharge under § 1328 and shall receive interest at the rate indicated from the date of confirmation. The principal balance owing upon confirmation of the *Plan* on the allowed secured claim shall be reduced by the total of adequate protection payments paid to the creditor by the *Trustee*.

To the extent a secured claim not provided for in Section I, Part D, E.(1) or E.(2) is allowed by the Court, *Debtor(s)* will pay the claim direct per the contract or statute.

Each secured claim shall constitute a separate class.

Case No:
Debtor(s): **Joshua K. Craddock**
**Crystal R. Craddock**

---

**F. SATISFACTION OF CLAIM BY SURRENDER OF COLLATERAL:**

The claims listed in Section I, Part F shall be satisfied as secured to the extent of the value of the *Collateral*, as stated in the *Plan*, by surrender of the *Collateral* by the *Debtor(s)* on or before confirmation. Any amount claimed in excess of the value of the *Collateral*, to the extent it is allowed, shall be automatically split and treated as indicated in Section I, Part H or J, per 11 U.S.C. § 506(a).

Each secured claim shall constitute a separate class.

**G. DIRECT PAYMENTS BY DEBTOR(S):**

Payments on all secured claims listed in Section I, Part G shall be disbursed by the *Debtor(s)* to the claimant in accordance with the terms of their agreement or any applicable statute, unless otherwise provided in Section III, "Nonstandard Provisions."

No direct payment to the IRS from future income or earnings in accordance with 11 U.S.C. § 1322(a)(1) will be permitted.

Each secured claim shall constitute a separate class.

**H. PRIORITY CLAIMS OTHER THAN DOMESTIC SUPPORT OBLIGATIONS:**

Failure to object to confirmation of this *Plan* shall not be deemed acceptance of the "SCHED. AMT." shown in Section I, Part H. The claims listed in Section I, Part H shall be paid their allowed amount by the *Trustee*, in full, pro-rata, as priority claims, without interest.

**I. CLASSIFIED UNSECURED CLAIMS:**

Classified unsecured claims shall be treated as allowed by the Court.

**J. GENERAL UNSECURED CLAIMS TIMELY FILED:**

All other allowed claims not otherwise provided for herein shall be designated general unsecured claims.

**K. EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

As provided in § 1322(b)(7) of the Bankruptcy Code, the *Debtor(s)* assume(s) or reject(s) the executory contracts or unexpired leases with parties as indicated in Section I, Part K.

Assumed lease and executory contract arrearage amounts shall be disbursed by the *Trustee* as indicated in Section I, Part K.

**L. CLAIMS TO BE PAID:**

"TERM (APPROXIMATE)" as used in this *Plan* states the estimated number of months from the *Petition Date* required to fully pay the allowed claim. If adequate protection payments have been authorized and made, they will be applied to principal as to both under-secured and fully secured claims and allocated between interest and principal as to over-secured claims. Payment pursuant to this *Plan* will only be made on statutory, secured, administrative, priority and unsecured claims that are allowed or, pre-confirmation, that the *Debtor(s)* has/have authorized in a filed Authorization for Adequate Protection Disbursements.

**M. ADDITIONAL PLAN PROVISIONS:**

Any additional *Plan* provisions shall be set out in Section III, "Nonstandard Provisions."

**N. POST-PETITION NON-ESCROWED AD VALOREM (PROPERTY) TAXES AND INSURANCE:**

Whether the *Debtor* is a *Conduit Debtor* or not, if the regular payment made by the *Debtor* to a *Mortgage Lender* or any other lienholder secured by real property does not include an escrow for the payment of ad valorem (property) taxes or insurance, the *Debtor* is responsible for the timely payment of post-petition taxes directly to the tax assessor and is responsible for maintaining property insurance as required by the mortgage security agreement, paying all premiums as they become due directly to the insurer. If the *Debtor* fails to make these payments, the mortgage holder may, but is not required to, pay the taxes and/or the insurance. If the mortgage holder pays the taxes and/or insurance, the mortgage holder may file, as appropriate, a motion for reimbursement of the amount paid as an administrative claim or a *Notice of Payment Change by Mortgage Lender* or a *Notice of Fees, Expenses, and Charges.*

**O. CLAIMS NOT FILED:**

A claim not filed with the Court will not be paid by the *Trustee* post-confirmation regardless of its treatment in Section I or on the *AAPD.*

Case No:
Debtor(s):   **Joshua K. Craddock**
             **Crystal R. Craddock**

**P.   CLAIMS FOR PRE-PETITION NON-PECUNIARY PENALTIES, FINES, FORFEITURES, MULTIPLE, EXEMPLARY OR PUNITIVE DAMAGES:**

Any unsecured claim for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims, shall be paid only a pro-rata share of any funds remaining after all other unsecured claims, including late filed claims, have been paid in full.

**Q.   CLAIMS FOR POST-PETITION PENALTIES AND INTEREST:**

No interest, penalty, or additional charge shall be allowed on any pre-petition claims subsequent to the filing of the petition, unless expressly provided herein.

**R.   BUSINESS CASE OPERATING REPORTS:**

Upon the filing of the *Trustee's* 11 U.S.C. § 1302(c) Business Case Report, business *Debtors* are no longer required to file operating reports with the *Trustee*, unless the *Trustee* requests otherwise.  The filing of the *Trustee's* 11 U.S.C. § 1302(c) Business Case Report shall terminate the *Trustee's* duties but not the *Trustee's* right to investigate or monitor the *Debtor's(s')* business affairs, assets or liabilities.

**S.   NO TRUSTEE'S LIABILITY FOR DEBTOR'S POST-CONFIRMATION OPERATION AND BAR DATE FOR CLAIMS FOR PRE-CONFIRMATION OPERATIONS:**

The *Trustee* shall not be liable for any claim arising from the post-confirmation operation of the *Debtor's(s')* business.  Any claims against the *Trustee* arising from the pre-confirmation operation of the *Debtor's(s')* business must be filed with the Bankruptcy Court within sixty (60) days after entry by the Bankruptcy Court of the Order of Confirmation or be barred.

**T.   DISPOSAL OF DEBTOR'S NON-EXEMPT PROPERTY; RE-VESTING OF PROPERTY; NON-LIABILITY OF TRUSTEE FOR PROPERTY IN POSSESSION OF DEBTOR WHERE DEBTOR HAS EXCLUSIVE RIGHT TO USE, SELL, OR LEASE IT; AND TRUSTEE PAYMENTS UPON POST CONFIRMATION CONVERSION OR DISMISSAL:**

*Debtor(s)* shall not dispose of or encumber any non-exempt property or release or settle any lawsuit or claim by *Debtor(s)*, prior to discharge, without consent of the *Trustee* or order of the Court after notice to the *Trustee* and all creditors.

Property of the estate shall not vest in the *Debtor* until such time as a discharge is granted or the *Case* is dismissed or closed without discharge.  Vesting shall be subject to all liens and encumbrances in existence when the *Case* was filed and all valid post-petition liens, except those liens avoided by court order or extinguished by operation of law.  In the event the *Case* is converted to a case under chapter 7, 11, or 12 of the Bankruptcy Code, the property of the estate shall vest in accordance with applicable law.  After confirmation of the *Plan*, the *Trustee* shall have no further authority, fiduciary duty or liability regarding the use, sale, insurance of or refinance of property of the estate except to respond to any motion for the proposed use, sale, or refinance of such property as required by the applicable laws and/or rules.  Prior to any discharge or dismissal, the *Debtor(s)* must seek approval of the court to purchase, sell, or refinance real property.

Upon dismissal of the *Case* post confirmation, the *Trustee* shall disburse all funds on hand in accordance with this *Plan*.  Upon conversion of the *Case*, any balance on hand will be disbursed by the *Trustee* in accordance with applicable law.

**U.   ORDER OF PAYMENT:**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an order confirming the Chapter 13 Plan, whether pursuant to this *Plan* or a modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized.  Each numbered paragraph below is a level of payment.  All disbursements which are in a specified monthly amount are referred to as "per mo."  At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment.  If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis.  Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

Case No:
Debtor(s): **Joshua K. Craddock**
     **Crystal R. Craddock**

1st -- Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees in B.(1) and B.(2) and per statutory provisions will be paid in full.

2nd -- Current Post-Petition Mortgage Payments (Conduit) in D.(2) and as adjusted according to the General Order, which must be designated to be paid per mo.

3rd -- Creditors listed in E.(1)(A) and E.(2)(A), which must be designated to be paid per mo, and Domestic Support Obligations ("DSO") in B.(3), which must be designated to be paid per mo.

4th -- Attorney Fees in C, which must be designated to be paid pro-rata.

5th -- Post-Petition Mortgage Arrearage as set out in D.(3), if designated to be paid per mo.

6th -- Post-Petition Mortgage Arrearage as set out in D.(3), if designated to be paid pro-rata.

7th -- Arrearages owed on Executory Contracts and Unexpired Leases in K, which must be designated to be paid per mo.

8th -- Any Creditors listed in D.(1), if designated to be paid per mo.

9th -- Any Creditors listed in D.(1), if designated to be paid pro-rata and/or Creditors listed in E.(1)(B) or E.(2)(B), which must be designated to be paid pro-rata.

10th -- All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges*, which will be paid pro-rata.

11th -- Priority Creditors Other than Domestic Support Obligations ("Priority Creditors") in H, which must be designated to be paid pro-rata.

12th -- Special Class in I, which must be designated to be paid per mo.

13th -- Unsecured Creditors in J, other than late filed or penalty claims, which must be designated to be paid pro-rata.

14th -- Late filed claims by Secured Creditors in D.(1), D.(2), D.(3), E.(1) and E.(2), which must be designated to be paid pro-rata, unless other treatment is authorized by the Court.

15th -- Late filed claims for DSO or filed by Priority Creditors in B.(3) and H, which must be designated to be paid pro-rata.

16th -- Late filed claims by Unsecured Creditors in J, which must be designated to be paid pro-rata.

17th -- Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims. These claims must be designated to be paid pro-rata.

### V.  POST-PETITION CLAIMS:

Claims filed under § 1305 of the Bankruptcy Code shall be paid as allowed. To the extent necessary, *Debtor(s)* will modify this *Plan*.

### W.  TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS ("TRCC") PROCEDURE:

See the provisions of the General Order regarding this procedure.

Case No:
Debtor(s): **Joshua K. Craddock**
**Crystal R. Craddock**

### SECTION III
### NONSTANDARD PROVISIONS

The following nonstandard provisions, if any, constitute terms of this *Plan*. Any nonstandard provision placed elsewhere in the *Plan* is void.

**None.**

I, the undersigned, hereby certify that the *Plan* contains no nonstandard provisions other than those set out in this final paragraph.

**/s/ Richard Weaver**
_____

Richard Weaver, Debtor's(s') Attorney                     Debtor (if unrepresented by an attorney)

Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) is respectfully submitted.

**/s/ Richard Weaver**                                           **21010820**

Richard Weaver, Debtor's(s') Counsel                     State Bar Number

**/s/ Joshua K. Craddock**                                     **/s/ Crystal R. Craddock**

Joshua K. Craddock, Debtor                               Crystal R. Craddock, Joint Debtor

Case No:
Debtor(s):    **Joshua K. Craddock**
                    **Crystal R. Craddock**

### <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that the foregoing Debtor's(s') Chapter 13 Plan (Containing a Motion for Valuation) was served on the following entities either by Electronic Service or by First Class Mail, Postage Pre-paid on the     **4th day of March, 2019**      :

(List each party served, specifying the name and address of each party)

Dated:        **March 4, 2019**                    **/s/ Richard Weaver**
                                                                      Richard Weaver, Debtor's(s') Counsel

| | | |
|---|---|---|
| Aaron Sales & Lease<br>309 E Paces Ferry Rd NE<br>Atlanta, GA 30305 | Attorney General of Texas<br>Bankruptcy Section<br>400 S Zang Blvd Ste 500<br>Dallas, TX  75208-6640 | Central Credit Services, LLC<br>xxxx3944<br>9550 Regency Square Blvd<br>Suite 500A<br>Jacksonville, FL 32225 |
| Acceptance Now<br>xxxxxxxxxxxxxxxxxxx0303<br>ATTN: AcceptanceNOW Customer<br>Service / B<br>5501 Headquarters Dr<br>Plano, TX 75024 | Bank of America<br>PO Box 982284<br>El Paso, TX  79998-2235 | Centrus Auto Finance<br>6410 Southpoint Pkwy S-3<br>Jacksonville, FL 32216 |
| American InfoSource<br>PO Box 248848<br>Oklahoma City, OK 73124 | BMG Auto<br>2418 W Division Street<br>Arlington, TX 76012 | Conn's HomePlus<br>xxxxx4730<br>Attn: Bankruptcy Dept<br>PO Box 2358<br>Beaumont, TX 77704 |
| AmeriCredit/GM Financial<br>xxxxx2270<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096 | Bonial & Associates PC<br>14841 Dallas Parkway Ste 425<br>Dallas, TX 75254 | Convergent Outsourcing<br>PO Box 9004<br>Renton, WA 98057 |
| Applied Card Bank<br>PO Box 5165<br>Newark, DE 19711 | Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA  91365-5010 | Credit Collections<br>PO Box 773<br>Needham Heights, MA 02494 |
| AT&T Corp<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Capital One Auto Finance<br>xxxxxxxxxxxxx1001<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Credit One Bank<br>xxxxxxxxxxxx6344<br>ATTN: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193 |

Case No:
Debtor(s):    **Joshua K. Craddock**
              **Crystal R. Craddock**

---

Credit Systems Inc.
1277 Country Club Lane
Ft. Worth, TX  76112-2304

Federal Pacific Credit
PO Box 27198
Salt Lake City, UT 84127

IC Systems
444 Highway 96 East
Saint Paul, MN 55164

DATCU Credit Union
xxxxxxxx0002
Attn: Bankrutpcy
PO Box 827
Denton, TX 76202

FedLoan Servicing
xxxxxxxxxxxxx0001
Attn: Bankruptcy
PO Box 69184
Harrisburg, PA 17106

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

Debt Recovery
6800 Jericho Turnpike Ste 113E
Syosset, NY 11791

FHA Single Family Loan Mtg -
US Dept of Housing & Urban HUD
801 Cherry St Unit 45
Fort Worth, TX  76102-6882

IRS- Special Procedures Staff
Bankruptcy: Mail Code 502DAL
1100 Commerce Street RM 9a20
Dallas, TX 75242

DHI Mortgage Company
xxxxxx1213
Attn: Bankruptcy
10700 Pecan Park Blvd, Ste 450
Austin, TX 78750

Fingerhut
xxxxxxxxxxxx9546
Attn: Bankruptcy
6250 Ridgewood Rd
Saint Cloud, MN 56303

Jefferson Capital
PO Box 7999
Saint Cloud, MN 56302

Diversified Consultants
PO Box 551268
Jacksonville, FL  32255

First Premier Bank
xxxxxxxxxxxx0868
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

Joshua K. Craddock
11112 Dunlavin Court
Haslet, TX 76052

Dorado Ranch HOA
xxxxxxxxx5403
3102 Oak Law Ste 202
Dallas, TX 75219

First Premier Bank
xxxxxxxxxxxx8172
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117

LVNV Funding/Resurgent Capital
xxxxxxxxxxxx6740
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

Dynamic Rec
2775 Villa Creek
Dallas, TX 75234

GFC Lending LLC
PO Box 29018
Phoenix, AZ 85038

Markone Fin
xxxxx0524
P O Box 17038
Jacksonville, FL 32245

ERC/Enhanced Recovery Corp
xxxxx0230
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256

Go Financial
7465 E Hampton Ave
Mesa, AZ 85209

Matts Motors Llc
2179
3412 E Highway 82
Gainesville, TX 76240

Case No:
Debtor(s):   **Joshua K. Craddock**
              **Crystal R. Craddock**

| | | |
|---|---|---|
| Medicredit<br>PO Box 1629<br>Maryland Heights, MO 63043 | RS Clark & Associates<br>xxxxxxxxxx7983<br>12990 Pandora Drive<br>Suite 150<br>Dallas, TX 75238 | U.S. Department of Education<br>xxxx1017<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| Midland Funding<br>2365 Northside Drive Ste 300<br>San Diego, CA 92108 | RSH & Associates, LLC<br>PO Box 14515<br>Lenexa, KS 66285-4515 | U.S. Department of Education<br>xxxx2973<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| Midwest Recovery Systems<br>xxxxxxxxxx4090<br>Attn: Bankruptcy<br>PO Box 899<br>Florissant, MO 63032 | Stellar Recovery  Inc.<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL  32216 | U.S. Department of Education<br>xxxx1025<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| National Credit Adjusters<br>PO BOX 3023<br>Hutchinson, KS 67504 | Synchrony Bank/Lowes<br>xxxxxxxxxxxx9278<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 | U.S. Department of Education<br>xxxx1015<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| NTTA<br>Violation Processing Center<br>PO Box 260928<br>Plano, TX  75026-0928 | Tarrant County<br>Linebarger Goggan Blair & Sampson<br>2777 Stemmons Fwy Ste 1000<br>Dallas, TX 75207 | U.S. Department of Education<br>xxxx1031<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| Plain Green Loans<br>xxxx2621<br>Attn: Bankruptcy<br>1900 Frost Rd   Ste 100<br>Bristol, PA 19007 | Tribute Card<br>xxxxxxxxxxxx0492<br>Cardholder Services<br>PO Box 105555<br>Atlanta, GA 30348 | U.S. Department of Education<br>xxxx1020<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| Quantum 3 Group<br>PO Box 788<br>Kirkland, WA 98083 | TXU/Texas Energy<br>xxxxxxxxxxxx3999<br>Attn: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265 | U.S. Department of Education<br>xxxx2965<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| Recmgmt Srvc<br>xxxxxxxxx0658<br>Attn: Bankruptcy<br>4200 Cantera Drive, Suite 211<br>Warrenville, IL 60555 | U.S. Department of Education<br>xxxx1027<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>xxxx2969<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |

Case No:
Debtor(s):   **Joshua K. Craddock**
             **Crystal R. Craddock**

U.S. Department of Education
xxxx1028
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Wells Fargo Bank
xxxxxxxxxxx0004
Attn: Bankruptcy Dept
PO Box 6429
Greenville, SC 29606

U.S. Department of Education
xxxx1021
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

Wells Fargo Home Mortgage
xxxxxx1595
8480 Stagecoach Cir
Frederick, MD 21701

U.S. Department of Education
xxxx2970
ECMC/Bankruptcy
PO Box 16408
Saint Paul, MN 55116

US Dept of Education
xxxxxx2721
Attn: Bankruptcy
PO Box 16448
Saint Paul, MN 55116

US Dept. of Hud - Title 1
52 Corporate Circle
Albany, NY  12203-5121

US Deptartment of Education/Great
Lakes
xxxxxxxxxxxx7577
Attn: Bankruptcy
PO Box 7860
Madison, WI 53707

Verizon - Bankruptcy
500 Technology Dr. Suite 300
Weldon Spring, MO  63304

Veterans Adm. Dept of Veteran's
Affairs
Regional Office Finance Sec. (24)
One Veterans Plaza
701 Clay Avenue
Waco, TX  76799-0001

**Richard M. Weaver & Associates**
5601 Airport Freeway
Fort Worth, TX 76117

Bar Number:  **21010820**
Phone:   **(817) 222-1108**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**
Revised 10/1/2016

IN RE: **Joshua K. Craddock**          **xxx-xx-8763**   §          CASE NO:
     11112 Dunlavin Court                    §
     Haslet, TX 76052                        §
                                             §
                                             §

     **Crystal R. Craddock**          **xxx-xx-6272**
     11112 Dunlavin Court
     Haslet, TX 76052

                    Debtor(s)

## AUTHORIZATION FOR ADEQUATE PROTECTION DISBURSEMENTS    DATED: **3/4/2019**

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed as indicated below:

| Periodic Payment Amount | | **$2,725.00** |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | $5.00 carried forward |
| Trustee Percentage Fee | $272.00 | $272.50 |
| Filing Fee | $0.00 | $0.00 |
| Noticing Fee | $81.90 | $0.00 |
| **Subtotal Expenses/Fees** | **$358.90** | **$272.50** |
| Available for payment of Adequate Protection, Attorney Fees and Current Post-Petition Mortgage Payments: | **$2,366.10** | **$2,452.50** |

**CREDITORS SECURED BY VEHICLES (CAR CREDITORS):**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| | | | | | |

| Total Adequate Protection Payments for Creditors Secured by Vehicles: | **$0.00** |
|---|---|

**CURRENT POST-PETITION MORTGAGE PAYMENTS (CONDUIT):**

| Name | Collateral | Start Date | Scheduled Amount | Value of Collateral | Payment Amount |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | Homestead | 6/1/2019 | $246,471.00 | $251,608.00 | $1,819.09 |

| Payments for Current Post-Petition Mortgage Payments (Conduit): | **$1,819.09** |
|---|---|

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

Case No:
Debtor(s):   Joshua K. Craddock
              Crystal R. Craddock

## CREDITORS SECURED BY COLLATERAL OTHER THAN A VEHICLE:

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|------|-----------|------------------|--------------------|-------------------------------|-----------------------------------|
| | | | | | |

Total Adequate Protection Payments for Creditors Secured by Collateral other than a vehicle: **$0.00**

### TOTAL PRE-CONFIRMATION PAYMENTS

**First Month Disbursement (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$0.00** |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | **$0.00** |
| Debtor's Attorney, per mo: | **$1,762.00** |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | **$0.00** |

**Disbursements starting month 2 (after payment of Clerk's Filing Fee, any Noticing Fee, Chapter 13 Trustee Percentage Fee, and retention of the Account Balance Reserve):**

| | |
|---|---|
| Current Post-Petition Mortgage Payments (Conduit payments), per mo: | **$1,819.09** |
| Adequate Protection to Creditors Secured by Vehicles ("Car Creditor"), per mo: | **$0.00** |
| Debtor's Attorney, per mo: | **$0.00** |
| Adequate Protection to Creditors Secured by other than a Vehicle, per mo: | **$0.00** |

**Order of Payment:**

Unless otherwise ordered by the court, all claims and other disbursements made by the Chapter 13 Trustee prior to entry of an order confirming the Chapter 13 Plan will be paid in the order set out above.  All disbursements which are in a specified monthly amount are referred to as "per mo".  At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on the per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment.  Other than the Current Post-Petition Mortgage Payments, the principal balance owing upon confirmation of the Plan on the allowed secured claim shall be reduced by the total of adequate protection payments, less any interest (if applicable), paid to the creditor by the Trustee.

DATED:__**3/4/2019**_____

**/s/ Richard Weaver**_____
Attorney for Debtor(s)

**/s/ Joshua K. Craddock**_____
Debtor

**/s/ Crystal R. Craddock**_____
Joint Debtor

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Joshua K. Craddock** _____     CASE NO.
                        *Debtor*


**Crystal R. Craddock** _____     CHAPTER   **13**
                        *Joint Debtor*

## CERTIFICATE OF SERVICE

_____

   I, the undersigned, hereby certify that on March 4, 2019, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).


                        **/s/ Richard Weaver** _____
                        Richard Weaver
                        Bar ID:21010820
                        Richard M. Weaver & Associates
                        5601 Airport Freeway
                        Fort Worth, TX 76117
                        (817) 222-1108

_____

Aaron Sales & Lease
309 E Paces Ferry Rd NE
Atlanta, GA 30305

Applied Card Bank
PO Box 5165
Newark, DE 19711

BMG Auto
2418 W Division Street
Arlington, TX 76012


Acceptance Now
xxxxxxxxxxxxxxxxxxxx0303
ATTN: AcceptanceNOW Customer
Service / B
5501 Headquarters Dr
Plano, TX 75024

AT&T Corp
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Bonial & Associates PC
14841 Dallas Parkway Ste 425
Dallas, TX 75254


American InfoSource
PO Box 248848
Oklahoma City, OK 73124

Attorney General of Texas
Bankruptcy Section
400 S Zang Blvd Ste 500
Dallas, TX 75208-6640

Caine & Weiner
PO Box 5010
Woodland Hills, CA 91365-5010


AmeriCredit/GM Financial
xxxxx2270
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096

Bank of America
PO Box 982284
El Paso, TX 79998-2235

Capital One Auto Finance
xxxxxxxxxxxxx1001
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Joshua K. Craddock** _____  CASE NO.

                   *Debtor*

      **Crystal R. Craddock** _____  CHAPTER   **13**

               *Joint Debtor*

## CERTIFICATE OF SERVICE
### (Continuation Sheet #1)

| | | |
|---|---|---|
| Central Credit Services, LLC<br>xxxx3944<br>9550 Regency Square Blvd<br>Suite 500A<br>Jacksonville, FL 32225 | DATCU Credit Union<br>xxxxxxxx0002<br>Attn: Bankrutpcy<br>PO Box 827<br>Denton, TX 76202 | Federal Pacific Credit<br>PO Box 27198<br>Salt Lake City, UT 84127 |
| Centrus Auto Finance<br>6410 Southpoint Pkwy S-3<br>Jacksonville, FL 32216 | Debt Recovery<br>6800 Jericho Turnpike Ste 113E<br>Syosset, NY 11791 | FedLoan Servicing<br>xxxxxxxxxxxx0001<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106 |
| Conn's HomePlus<br>xxxxx4730<br>Attn: Bankruptcy Dept<br>PO Box 2358<br>Beaumont, TX 77704 | DHI Mortgage Company<br>xxxxxx1213<br>Attn: Bankruptcy<br>10700 Pecan Park Blvd, Ste 450<br>Austin, TX 78750 | FHA Single Family Loan Mtg -<br>US Dept of Housing & Urban HUD<br>801 Cherry St Unit 45<br>Fort Worth, TX  76102-6882 |
| Convergent Outsourcing<br>PO Box 9004<br>Renton, WA 98057 | Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL  32255 | Fingerhut<br>xxxxxxxxxxxx9546<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 |
| Credit Collections<br>PO Box 773<br>Needham Heights, MA 02494 | Dorado Ranch HOA<br>xxxxxxxxx5403<br>3102 Oak Law Ste 202<br>Dallas, TX 75219 | First Premier Bank<br>xxxxxxxxxxxx0868<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117 |
| Credit One Bank<br>xxxxxxxxxxxx6344<br>ATTN: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193 | Dynamic Rec<br>2775 Villa Creek<br>Dallas, TX 75234 | First Premier Bank<br>xxxxxxxxxxxx8172<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117 |
| Credit Systems Inc.<br>1277 Country Club Lane<br>Ft. Worth, TX  76112-2304 | ERC/Enhanced Recovery Corp<br>xxxxx0230<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | GFC Lending LLC<br>PO Box 29018<br>Phoenix, AZ 85038 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Joshua K. Craddock**_____   CASE NO.
_____*Debtor*_____

**Crystal R. Craddock**_____   CHAPTER   **13**
_____*Joint Debtor*_____

## CERTIFICATE OF SERVICE
(Continuation Sheet #2)

---

Go Financial
7465 E Hampton Ave
Mesa, AZ 85209

Markone Fin
xxxxx0524
P O Box 17038
Jacksonville, FL 32245

Plain Green Loans
xxxx2621
Attn: Bankruptcy
1900 Frost Rd   Ste 100
Bristol, PA 19007

IC Systems
444 Highway 96 East
Saint Paul, MN 55164

Matts Motors Llc
2179
3412 E Highway 82
Gainesville, TX 76240

Quantum 3 Group
PO Box 788
Kirkland, WA 98083

IRS
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346

Medicredit
PO Box 1629
Maryland Heights, MO 63043

Recmgmt Srvc
xxxxxxxx0658
Attn: Bankruptcy
4200 Cantera Drive, Suite 211
Warrenville, IL 60555

IRS- Special Procedures Staff
Bankruptcy: Mail Code 502DAL
1100 Commerce Street RM 9a20
Dallas, TX 75242

Midland Funding
2365 Northside Drive Ste 300
San Diego, CA 92108

RS Clark & Associates
xxxxxxxxxxx7983
12990 Pandora Drive
Suite 150
Dallas, TX 75238

Jefferson Capital
PO Box 7999
Saint Cloud, MN 56302

Midwest Recovery Systems
xxxxxxxxxx4090
Attn: Bankruptcy
PO Box 899
Florissant, MO 63032

RSH & Associates, LLC
PO Box 14515
Lenexa, KS  66285-4515

Joshua K. Craddock
11112 Dunlavin Court
Haslet, TX 76052

National Credit Adjusters
PO BOX 3023
Hutchinson, KS 67504

Stellar Recovery  Inc.
4500 Salisbury Rd Ste 10
Jacksonville, FL  32216

LVNV Funding/Resurgent Capital
xxxxxxxxxxx6740
Attn: Bankruptcy
PO Box 10497
Greenville, SC 29603

NTTA
Violation Processing Center
PO Box 260928
Plano, TX  75026-0928

Synchrony Bank/Lowes
xxxxxxxxxxx9278
Attn:  Bankruptcy
PO Box 965060
Orlando, FL 32896

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE: **Joshua K. Craddock**                                    CASE NO.

_____
*Debtor*


**Crystal R. Craddock**                                    CHAPTER  **13**
_____
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #3)

---

| | | |
|---|---|---|
| Tarrant County<br>Linebarger Goggan Blair & Sampson<br>2777 Stemmons Fwy Ste 1000<br>Dallas, TX 75207 | U.S. Department of Education<br>xxxx1015<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>xxxx2970<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 |
| Tribute Card<br>xxxxxxxxxxxx0492<br>Cardholder Services<br>PO Box 105555<br>Atlanta, GA 30348 | U.S. Department of Education<br>xxxx1031<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | US Dept of Education<br>xxxxxx2721<br>Attn: Bankruptcy<br>PO Box 16448<br>Saint Paul, MN 55116 |
| TXU/Texas Energy<br>xxxxxxxxxxxx3999<br>Attn: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265 | U.S. Department of Education<br>xxxx1020<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | US Dept. of Hud - Title 1<br>52 Corporate Circle<br>Albany, NY  12203-5121 |
| U.S. Department of Education<br>xxxx1027<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>xxxx2965<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | US Deptartment of Education/Great Lakes<br>xxxxxxxxxxxx7577<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707 |
| U.S. Department of Education<br>xxxx1017<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>xxxx2969<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Verizon - Bankruptcy<br>500 Technology Dr. Suite 300<br>Weldon Spring, MO  63304 |
| U.S. Department of Education<br>xxxx2973<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>xxxx1028<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Veterans Adm. Dept of Veteran's Affairs<br>Regional Office Finance Sec. (24)<br>One Veterans Plaza<br>701 Clay Avenue<br>Waco, TX  76799-0001 |
| U.S. Department of Education<br>xxxx1025<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>xxxx1021<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Wells Fargo Bank<br>xxxxxxxxxxxx0004<br>Attn: Bankruptcy Dept<br>PO Box 6429<br>Greenville, SC 29606 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Joshua K. Craddock**                                                    CASE NO.

*Debtor*

**Crystal R. Craddock**                                            CHAPTER    **13**

*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #4)

Wells Fargo Home Mortgage
xxxxxx1595
8480 Stagecoach Cir
Frederick, MD 21701

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:   **Joshua K. Craddock**
         **Crystal R. Craddock**

CASE NO.

CHAPTER    **13**

## Certificate of Service

I, the undersigned hereby certify that a copy of the foregoing Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines was served upon the following parties of interest via 1st class mail.

Date:    **3/4/2019**                              **/s/ Richard Weaver**

                                                   **Richard Weaver**
                                                   Attorney for the Debtor(s)

| | | |
|---|---|---|
| Aaron Sales & Lease<br>309 E Paces Ferry Rd NE<br>Atlanta, GA 30305 | AT&T Corp<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA  91365-5010 |
| Acceptance Now<br>ATTN: AcceptanceNOW Customer<br>Service / B<br>5501 Headquarters Dr<br>Plano, TX 75024 | Attorney General of Texas<br>Bankruptcy Section<br>400 S Zang Blvd Ste 500<br>Dallas, TX  75208-6640 | Capital One Auto Finance<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 |
| American InfoSource<br>PO Box 248848<br>Oklahoma City, OK 73124 | Bank of America<br>PO Box 982284<br>El Paso, TX  79998-2235 | Central Credit Services, LLC<br>9550 Regency Square Blvd<br>Suite 500A<br>Jacksonville, FL 32225 |
| AmeriCredit/GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096 | BMG Auto<br>2418 W Division Street<br>Arlington, TX 76012 | Centrus Auto Finance<br>6410 Southpoint Pkwy S-3<br>Jacksonville, FL 32216 |
| Applied Card Bank<br>PO Box 5165<br>Newark, DE 19711 | Bonial & Associates PC<br>14841 Dallas Parkway Ste 425<br>Dallas, TX 75254 | Conn's HomePlus<br>Attn: Bankruptcy Dept<br>PO Box 2358<br>Beaumont, TX 77704 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Joshua K. Craddock**
**Crystal R. Craddock**

CASE NO.

CHAPTER    **13**

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Convergent Outsourcing<br>PO Box 9004<br>Renton, WA 98057 | Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL  32255 | Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303 |
| Credit Collections<br>PO Box 773<br>Needham Heights, MA 02494 | Dorado Ranch HOA<br>3102 Oak Law Ste 202<br>Dallas, TX 75219 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117 |
| Credit One Bank<br>ATTN: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193 | Dynamic Rec<br>2775 Villa Creek<br>Dallas, TX 75234 | First Premier Bank<br>Attn: Bankruptcy<br>PO Box 5524<br>Sioux Falls, SD 57117 |
| Credit Systems Inc.<br>1277 Country Club Lane<br>Ft. Worth, TX  76112-2304 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256 | GFC Lending LLC<br>PO Box 29018<br>Phoenix, AZ 85038 |
| DATCU Credit Union<br>Attn: Bankrutpcy<br>PO Box 827<br>Denton, TX 76202 | Federal Pacific Credit<br>PO Box 27198<br>Salt Lake City, UT 84127 | Go Financial<br>7465 E Hampton Ave<br>Mesa, AZ 85209 |
| Debt Recovery<br>6800 Jericho Turnpike Ste 113E<br>Syosset, NY 11791 | FedLoan Servicing<br>Attn: Bankruptcy<br>PO Box 69184<br>Harrisburg, PA 17106 | IC Systems<br>444 Highway 96 East<br>Saint Paul, MN 55164 |
| DHI Mortgage Company<br>Attn: Bankruptcy<br>10700 Pecan Park Blvd, Ste 450<br>Austin, TX 78750 | FHA Single Family Loan Mtg -<br>US Dept of Housing & Urban HUD<br>801 Cherry St Unit 45<br>Fort Worth, TX  76102-6882 | IRS<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA  19101-7346 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Joshua K. Craddock**
**Crystal R. Craddock**

CASE NO.

CHAPTER    **13**

**Certificate of Service**

(Continuation Sheet #2)

| | | |
|---|---|---|
| IRS- Special Procedures Staff<br>Bankruptcy: Mail Code 502DAL<br>1100 Commerce Street RM 9a20<br>Dallas, TX 75242 | Midwest Recovery Systems<br>Attn: Bankruptcy<br>PO Box 899<br>Florissant, MO 63032 | RS Clark & Associates<br>12990 Pandora Drive<br>Suite 150<br>Dallas, TX 75238 |
| Jefferson Capital<br>PO Box 7999<br>Saint Cloud, MN 56302 | National Credit Adjusters<br>PO BOX 3023<br>Hutchinson, KS 67504 | RSH & Associates, LLC<br>PO Box 14515<br>Lenexa, KS  66285-4515 |
| LVNV Funding/Resurgent Capital<br>Attn: Bankruptcy<br>PO Box 10497<br>Greenville, SC 29603 | NTTA<br>Violation Processing Center<br>PO Box 260928<br>Plano, TX  75026-0928 | Stellar Recovery  Inc.<br>4500 Salisbury Rd Ste 10<br>Jacksonville, FL  32216 |
| Markone Fin<br>P O Box 17038<br>Jacksonville, FL 32245 | Plain Green Loans<br>Attn: Bankruptcy<br>1900 Frost Rd   Ste 100<br>Bristol, PA 19007 | Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896 |
| Matts Motors Llc<br>3412 E Highway 82<br>Gainesville, TX 76240 | Quantum 3 Group<br>PO Box 788<br>Kirkland, WA 98083 | Tarrant County<br>Linebarger Goggan Blair & Sampson<br>2777 Stemmons Fwy Ste 1000<br>Dallas, TX 75207 |
| Medicredit<br>PO Box 1629<br>Maryland Heights, MO 63043 | Recmgmt Srvc<br>Attn: Bankruptcy<br>4200 Cantera Drive, Suite 211<br>Warrenville, IL 60555 | Tribute Card<br>Cardholder Services<br>PO Box 105555<br>Atlanta, GA 30348 |
| Midland Funding<br>2365 Northside Drive Ste 300<br>San Diego, CA 92108 | Richard M. Weaver & Associates<br>5601 Airport Freeway<br>Fort Worth, TX 76117 | TXU/Texas Energy<br>Attn: Bankruptcy<br>PO Box 650393<br>Dallas, TX 75265 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Joshua K. Craddock**
          **Crystal R. Craddock**

CASE NO.

CHAPTER    **13**

### Certificate of Service

(Continuation Sheet #3)

| | | |
|---|---|---|
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707 |
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Verizon - Bankruptcy<br>500 Technology Dr. Suite 300<br>Weldon Spring, MO  63304 |
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Veterans Adm. Dept of Veteran's Affairs<br>Regional Office Finance Sec. (24)<br>One Veterans Plaza<br>701 Clay Avenue<br>Waco, TX  76799-0001 |
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Wells Fargo Bank<br>Attn: Bankruptcy Dept<br>PO Box 6429<br>Greenville, SC 29606 |
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | US Dept of Education<br>Attn: Bankruptcy<br>PO Box 16448<br>Saint Paul, MN 55116 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |
| U.S. Department of Education<br>ECMC/Bankruptcy<br>PO Box 16408<br>Saint Paul, MN 55116 | US Dept. of Hud - Title 1<br>52 Corporate Circle<br>Albany, NY  12203-5121 | Wells Fargo Home Mortgage<br>8480 Stagecoach Cir<br>Frederick, MD 21701 |